**No. 41162.**—Protest 970420–G of J. R. Merz (New York).

Opinion by CLINE, J. The protest was submitted without the introduction of evidence in support of the claim made. On the record presented it was overruled.